IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TETRA TECH, INC., | * | |
| Plaintiffs, | * | |
| v. | * | |
| JAAAT TECHNICAL SERVICES, LLC, | * | 1:15-cv-54 |
| Defendant/Third-Party Plaintiff, | * | |
| v. | * | |
| TETRA TECH TESORO, INC., | * | |
| Third-Party Defendant. | * | |

ORDER

Presently before the Court is the parties' stipulation of dismissal without prejudice. (Doc. 35). Pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii), the Court **DISMISSES WITHOUT PREJUDICE** all claims in this matter. The Clerk is **DIRECTED** to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this _11th_ day of August, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA